IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBORAH HONEA, | ) | |
| | ) | Civil Action File No.: |
| Plaintiff, | ) | 1:25-cv-02231-SDG-CCB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| INTERSTATE TELECOMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

(1)   The undersigned counsel of record for Plaintiff Deborah Honey certifies that the following is a full and complete list of all parties in this action, including any parent corporation and publicly held corporation that owns more than 10% of the stock of a party:

      **Plaintiff:**    **Deborah Honey**

      **Defendant:**    **Interstate Telecommunications, Inc.**

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either

a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      **None.**

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      **For Plaintiff:**    **Ricardo A. Gilb**
                                 **Christopher B. Hall**
                                 **HALL & LAMPROS, LLP**

      **Defendant:**    Erin A. Easley
                                 MORGAN EASLEY, LLC

Respectfully submitted this May 6, 2025.

                                                  **HALL & LAMPROS, LLP**

                                                  *s/ Ricardo A. Gilb*
                                                  Christopher B. Hall
                                                  Georgia Bar No. 318380
                                                  Ricardo Gilb
                                                  Georgia Bar No. 564635

300 Galleria Pkwy
Suite 300
Atlanta, GA 30306
T: (404) 876-8100
chall@hallandlampros.com
ricardo@hallandlampros.com

                                                  *Counsel for Plaintiff*